ACCEPTED
12-14-00176-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/14/2015 9:32:12 AM
Pam Estes
CLERK

## CAUSE NO. 12-14-00176-CR

| | | |
|---|---|---|
| TRENT MUMPHREY | § | IN THE COURT OF APPEALS |
| | § | 12th COURT OF APPEALS |
| | § | TYLER, TEXAS |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | 9/14/2015 9:32:12 AM |
| | § | PAM ESTES |
| THE STATE OF TEXAS | § | TYLER, TEXAS    Clerk |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/14/2015 9:32:12 AM
PAM ESTES
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME
## FOR FILING OF THE STATE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now the State of Texas, and presents its Motion for Extension of Time and for Late Filing of the State's Brief in the above cause, and in support of this motion, would show the Honorable Court the following:

A.  The case was originally disposed of by a jury trial in the 114th District Court of Smith County, Texas, the Honorable Christi Kennedy, judge presiding.

B.  The trial court cause number was 114-0005-13, and the case was styled *The State of Texas v. Trent Mumphrey.*

C.  Appellant was convicted of the offense of Aggravated Robbery and the jury assessed a Life sentence of incarceration.

D.  On June 25, 2015, Appellant filed a brief. The State's brief was due to be filed in the Court on or before July 27, 2015.

E.  There have been seven extensions of time granted, one for the filing of the appellate record and six for the filing of Appellant's brief. There have been no extensions requested or granted to the State.

F.  Pursuant to T.R.A.P. 10.5 (b), the State is seeking the Court's indulgence to order an extension of one (1) days to allow the State an opportunity for timely filing its reply brief on or before August 27, 2015.

G.  The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. I was granted an extension by the Court until August 26, 2015, for the filing of the State's reply brief in this case. On that date, I electronically filed my brief. It was rejected by the Clerk of the Court for reasons not fully understood at the time but related to the PDF format I was using. I became aware of the rejection the following day. I then unsuccessfully attempted to refile the brief three times before I figured out the problem in the way I was formatting the brief.

Today, I was contacted by Ms. Katrina McClenny, Chief Deputy Clerk and told that I needed to file an extension for my reply brief. I had wrongly assumed that the brief would be considered timely as I first filed it on the date it was due. I apologize to the Court for my misunderstanding.

H.  This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's brief. The Court has possession of the State's brief and no further delay will be necessary.

J.  The State has a great interest in affirming the judgement of the 114th District Court in this case.

WHEREFORE, this request is respectfully made that the Court grant the State

the opportunity of filing its brief on or before August 27, 2015.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

# VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on ___September 14, 2015___, personally appeared ___Michael West___, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.

> JENNIFER LYNN BARFIELD
> Notary Public
> State of Texas
> My Comm. Expires 02-18-2017

_____
NOTARY PUBLIC - State of Texas

# CERTIFICATE OF SERVICE

On ___September 14, 2015___, at true and complete copy of this instrument has been electronically served to:

Mr. Clement Dunn
Attorney at Law
140 East Tyler, Ste. 240
Longview, Texas 75601

_____
Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)